UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Ivan I. Mendez

        v.                              Civil No. 12-cv-208-JL

A Big International Criminal Organization
and their Connected Wired Soldiers


O R D E R

On June 6, 2012, plaintiff Mendez was ordered to submit either a filing fee or proper motion to proceed in forma pauperis. On June 20, 2012, Mr. Mendez filed a Motion/Affidavit to Proceed In Forma Pauperis Without Prepayment of Fees, a Financial Declaration, and the Prisoner Litigation Reform Act Consent Form. This filing, however, was not complete as Mr. Mendez, did not file a Certificate of Custodial Institution.

It is herewith ordered that Mr. Mendez file the required Certificate of Custodial Institution (USDCNH-14 (copy enclosed), or a substantially similar filing) completed by an official at the institution by September 14, 2012 or this case will be dismissed without prejudice.

SO ORDERED.

August 15, 2012                          _____
                                                  Joseph N. Laplante
                                                  Chief Judge

cc:      Ivan I. Mendez, pro se