UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Ivan I. Mendez

      v.                                          Civil No. 12-cv-208-JL

A Big International Criminal Organization
and their Connected Wired Soldiers


## ORDER GRANTING MOTION TO PROCEED
### *IN FORMA PAUPERIS*


The plaintiff, an inmate at James T. Vaughn Correctional Center ("Institution"), has filed a motion to proceed *in forma pauperis* in the above-captioned case, which is accompanied by a certificate signed by an authorized individual from the Institution.  The certificate evidences that over the last six months, the plaintiff's average deposits have been $0 and the plaintiff's average monthly balance has been $0.  Plaintiff has also submitted a signed consent form indicating consent to permit inmate accounts to make court-ordered payments on his behalf.

The motion to proceed *in forma pauperis* is GRANTED.  While 28 U.S.C. § 1915(b)(1) requires the court assess an initial filing fee, given the plaintiff's current balance is $0 there shall be no initial filing fee assessed.  Going forward, however, the plaintiff shall be responsible for monthly payments of 20% of each preceding month's income credited to his account, which shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  28 U.S.C. § 1915(b)(2).

The initial partial filing fee, and monthly payments thereafter as outlined above, shall be forwarded to the Clerk of Court by the Institution in accordance with this Order.  A copy of this

Order, along with a copy of the signed Prisoner Consent Form (doc. no. 4), shall be forwarded by the Court to the Institutions inmate account department.

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Dated:  September 20, 2012

cc:   Ivan I. Mendez, pro se
      Inmate Accounts, James T. Vaughn Correctional Center